IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES C. MAY, ADC #137749                                                                PLAINTIFF

v.                                       No. 5:13CV00215-JLH-JJV

RICHARD, Dr., Arkansas
Department of Correction; *et al*.                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant "Unknown, Rehabilitation Program Manager, North Central Unit, ADC" is dismissed without prejudice.

2. Defendants' motions for summary judgment are GRANTED. Documents #24, #29.

3. This cause of action is DISMISSED with prejudice.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE