### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JAMES C. MAY, ADC #137749                                                                    PLAINTIFF

v.                                          No. 5:13CV00215-JLH-JJV

RICHARD, Dr., Arkansas
Department of Correction; *et al*.                                                        DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 5th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE